UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62814-CV-DIMITROULEAS

IRINA POTINA,

Petitioner,

v.

Warden, Broward Transitional Center,
GARRETT RIPA, Field Office Director, Miami
Field Office, U.S. ICE;
DAVID VENTURELLA, Acting Director, ICE;
MARKWAYNE MULLIN, Secretary,
Department of Homeland Security; and TODD BLANCHE,
Attorney General of the United States,

Respondents.
_______________________________________/

**ORDER DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**

**THIS CAUSE** is before the Court on Petitioner Irina Potina ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed October 6, 2026. The Court has considered the Petition, Petitioner's earlier-filed Petition in the earlier case, *Potina v. Warden*, No. 0:26-cv-62295, [DE 1], and is otherwise fully advised in the premises.

Petitioner had a bond hearing on September 1, 2026. [DE 12], *Potina,* Case No. 0:26-cv-62295. The Immigration Judge denied the request for bond because Petitioner was deemed a flight risk. *See* [DE 12-1], *Potina,* Case No. 0:26-cv-62295. Petitioner reserved the right to appeal the Immigration Judge's Order and was given until October 1, 2026 to file the appeal. *See id.*

The Court declines to comment on Petitioner's challenge to the outcome of the bond hearing, which is not properly before the Court, and which lies in the sound discretion of the immigration judge. *See* 8 U.S.C. § 1226(e) ("No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.").

Accordingly, it is **ORDERED AND ADJUDGED** that the instant Petition [DE 1] is **DENIED**. The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Counsel of record